**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-2004**

─────────────

HELINE CHAMBERS,

            Plaintiff - Appellant,

      v.

MEDICAL UNIVERSITY HOSPITAL AUTHORITY, MUHA,

            Defendant - Appellee,

      and

MEDICAL UNIVERSITY OF SOUTH CAROLINA, d/b/a MUSC, d/b/a MUSC
Children's Hospital,

            Defendant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:11-cv-00261-RMG)

─────────────

Submitted:  February 26, 2013      Decided:  February 28, 2013

─────────────

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Heline Chambers, Appellant Pro Se.  Caroline Wrenn Cleveland,
Bob J. Conley, CLEVELAND LAW, LLP, Charleston, South Carolina,
for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Heline Chambers appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to her former employer, Medical University of South Carolina, on Chambers' claims of employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chambers v. Med. Univ. Hosp. Auth., No. 2:11-cv-00261-RMG (D.S.C. July 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED